UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAZI,

          Plaintiff,

     v.

,

          Defendant.

Case No. 21-cv-01040-PJH

**ORDER OF DISMISSAL**

This case was opened when plaintiff wrote a letter to the court regarding prison conditions.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

The twenty-eight days has passed, and plaintiff has not filed a complaint, an IFP application, or otherwise communicated with the court.  This case is therefore **DISMISSED** without prejudice.  No fee is due.

     **IT IS SO ORDERED.**

Dated: March 24, 2021

                                  */s/ Phyllis J. Hamilton*
                                  PHYLLIS J. HAMILTON
                                  United States District Judge

United States District Court
Northern District of California